JOHN W. GOTSCH v. GAIL GOTSCH.

January 30, 1973. Petition for certification granted. (See 121 *N. J. Super.* 454, 479)

STATE OF NEW JERSEY v. JOHN SUSINI.

January 30, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. RALPH PRENTISS SHORT.

January 30, 1973. Petition for certification denied.

WILLIAM KILROE v. HERMAN W. SCHWEIZER, M. D.

January 30, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. HOWARD O. ROBERTS, JR.

January 30, 1973. Petition for certification denied.

ARTHUR BARES v. LIBERTY BELL VILLAGE, INC.

January 30, 1973. Petition for certification denied.